# United States Court of Appeals
## For the First Circuit

No. 20-2134

MARIA FOURNIER,

Plaintiff, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS, Executive Office of the Trial
Court, LEWIS SPENCE, JOHN BELLO, JONATHAN WILLIAMS,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on September 15, 2021, is
amended as follows:

On page 6, line 2, replace "written" with "writing"

On page 9, line 6, replace the comma with a semicolon

On page 11, n.3, line 3, replace "see, e.g. ," be "see, e.g.,"